| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tanya Vanessa Maddox<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8769<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Virginia | | Date case filed for chapter: 13   12/4/25 | |
| Case number: 25–12549–BFK | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tanya Vanessa Maddox | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3732 Mary Evelyn Way<br>Alexandria, VA 22309 | |
| 4. | **Debtor's attorney**<br>Name and address | Scott J. Newton<br>Manassas Law Group, PC<br>9255 Lee Avenue<br>Manassas, VA 20110 | Contact phone (703) 361–8246<br>Email: newton@manassaslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas P. Gorman<br>Thomas P. Gorman, Chapter 13 Trustee<br>1414 Prince St.<br>Ste. 202<br>Alexandria, VA 22314 | Contact phone 703–836–2226<br>Email: ch13alex@gmail.com |

| Debtor **Tanya Vanessa Maddox** | | Case number **25–12549–BFK** |

| | | **For the Court:** |
|---|---|---|
| **6. Bankruptcy clerk's office** | | |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: December 5, 2025 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 703–258–1200 | |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2026** at **11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 945 047 9361, and Passcode 1545657015, or call 1(571) 491–4581** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: March 9, 2026** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 12, 2026** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: June 2, 2026** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **9.** | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**March 5, 2026** at **01:30 PM**,<br><br>Location: **Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314** |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| **14.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, to attend meeting of creditors, or for failure to timely file a Chapter 13 plan. (Local Bankruptcy Rules 1007–1, 1007–3, 2003–1, and 3015–2.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **15.** | **Manner of Payment of Fees** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |
| **16.** | **Filing Claims** | Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 25-12549-BFK
Tanya Vanessa Maddox     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: Nathaniel     Page 1 of 3
Date Rcvd: Dec 05, 2025     Form ID: 309I     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya Vanessa Maddox, 3732 Mary Evelyn Way, Alexandria, VA 22309-8226 |
| 16900666 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-0000 |
| 16900670 | + | Joshua Erlich, Esq., The Erich Law Office, PLLC, 1550 Wilson Blvd, Suite 700, Arlington, VA 22209-2490 |
| 16900673 | + | Kramer Elias, 10427 North St, Suite 201, Fairfax, VA 22030-2592 |
| 16900675 | + | Michael Chabrow, Esq., Tenaglia & Hunt, 9211 Corporate Blvd, Ste 130, Rockville, MD 20850-3873 |
| 16900678 | + | Paul Ernest Vaughn, Jr., 8238 Central Ave, Alexandria, VA 22309-8206 |
| 16900687 | + | THOMAS J FANNON & SONS, 1200 DUKE ST, ALEXANDRIA, VA 22314-3516 |
| 16900688 | + | UDR Inc., 1745 Shea Center Dr, Suite 200, Littleton, CO 80129-1540 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: newton@manassaslaw.com | Dec 06 2025 01:08:00 | Scott J. Newton, Manassas Law Group, PC, 9255 Lee Avenue, Manassas, VA 20110 |
| tr | + | Email/Text: ch13alex@gmail.com | Dec 06 2025 01:09:00 | Thomas P. Gorman, Thomas P. Gorman, Chapter 13 Trustee, 1414 Prince St., Ste. 202, Alexandria, VA 22314-2853 |
| 16900659 | + | EDI: AAFES | Dec 06 2025 05:44:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 16900660 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 06 2025 01:05:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16900662 | + | EDI: GMACFS.COM | Dec 06 2025 05:44:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16900663 | | EDI: CAPITALONE.COM | Dec 06 2025 05:44:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16900664 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2025 01:05:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16900665 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 06 2025 01:10:00 | DriveTime Car Sales Company, 1720 W. Rio Salado Parkway, Tempe, AZ 85281-6590 |
| 16900666 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 06 2025 01:09:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-0000 |
| 16900667 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 06 2025 01:08:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16900669 | | EDI: IRS.COM | Dec 06 2025 05:44:00 | Internal Revenue Service, Centralized Insolvency office, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16900672 | + | Email/Text: inchargehq@westcreekfin.com | Dec 06 2025 01:10:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen |

| District/off: 0422-9 | User: Nathaniel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: 309I | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Allen, VA 23058-5518 |
| 16900674 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2025 01:05:44 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16900677 | + | EDI: NFCU.COM | Dec 06 2025 05:44:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 16900679 | + | Email/Text: BKMAIL@planethomelending.com | Dec 06 2025 01:09:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 16900680 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 06 2025 01:10:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 16900682 | + | EDI: SYNC | Dec 06 2025 05:44:00 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16900681 | + | EDI: SYNC | Dec 06 2025 05:44:00 | Syncb/car Care Pep B, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 16900683 | + | EDI: SYNC | Dec 06 2025 05:44:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16900684 | + | EDI: SYNC | Dec 06 2025 05:44:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16900685 | + | EDI: SYNC | Dec 06 2025 05:44:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16900686 | + | EDI: WTRRNBANK.COM | Dec 06 2025 05:44:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16900689 | + | EDI: VERIZONCOMB.COM | Dec 06 2025 05:44:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16900661 | | Alan Reed |
| 16900668 | | Gaylynne Maddox |
| 16900671 | | Kenyona Maddox |
| 16900676 | | Monique Wright |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2025          Signature:     /s/Gustava Winters

District/off: 0422-9 | User: Nathaniel | Page 3 of 3
Date Rcvd: Dec 05, 2025 | Form ID: 309I | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Scott J. Newton | on behalf of Debtor Tanya Vanessa Maddox newton@manassaslaw.com newtonsr72518@notify.bestcase.com |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 3